# In the United States District Court
## for the Southern District of Georgia
## Waycross Division

RUSSBEL OMAR TAPIA TOBAR,

      Petitioner,

    v.

WARDEN, FOLKSTON ICE PROCESSING
CENTER,

      Respondent.

5:26-cv-90

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant as unopposed Respondent's Motion to Dismiss and to dismiss without prejudice Petitioner Russbel Tobar's ("Tobar") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Dkt. No. 17. Tobar did not file Objections to this Report and Recommendation, and the time to do so has elapsed. In fact, this Court's mailing was returned as undeliverable, with the notations: "No Longer Here" and "Inmate not Here, Return to Sender, . . ., Unable to Forward." Dkt. No. 18 at 1.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the

appropriate standard of review for the report and recommendation is clear error."). I **GRANT as unopposed** Respondent's Motion to Dismiss and **DISMISS without prejudice** Tobar's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus based on his failure to follow this Court's Orders. Dkt. Nos. 2, 11. I **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Tobar *in forma pauperis* status on appeal.

SO ORDERED, this 29 day of April, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2